NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-885

GLORIA G.  TAYLOR

VERSUS

CONLEY M.  FUSILIER

************

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ALLEN, NO.  C-2003-521,
HONORABLE  JOHN P.  NAVARRE, DISTRICT JUDGE

************

SYLVIA R. COOKS
JUDGE

************

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

MOTION TO REMAND AND SUSPEND BRIEFING GRANTED.

ROMELZY WILLIS, JR.
WILLIS LAW FIRM
P.O. Box 1368
Oberlin, LA 70655
(337) 639-4600
COUNSEL FOR GLORIA G.  TAYLOR

E.  DAVID DESHOTELS
DESHOTELS, MOURSER & DESHOTELS
P.  O.  Box 399
Oberlin, LA 70655
(337) 639-4309
COUNSEL FOR CONLEY M.  FUSILIER